## LOPEZ v. STATE.

No. 26900.

Court of Criminal Appeals of Texas.

March 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for murder without malice, under art. 802c V.A.P.C.; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review by this court.

The judgment is affirmed.